MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

**FILED**
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

*Native Vill. of Akutan, et al. v. Jackson, et al.*
Case No. A05-0284 CV (JKS)

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

Native Village of Akutan ("Akutan") sues Alphonso Jackson in his capacity as Secretary of the United States Department of Housing and Urban Development ("HUD") seeking an injunction requiring HUD to withhold sufficient funds to satisfy Akutan's FY 2005 Indian Community Development Block Grant ("ICDBG") application in anticipation of Akutan prevailing in its petition for judicial review of the agency's decision to deny its ICDBG grant. In the meantime, Akutan seeks a temporary restraining order ("TRO") and a preliminary injunction. Docket No. 2. A preliminary injunction freezes the status quo pending a final judgment in a case. A TRO differs from a preliminary injunction in that it is issued without notice. *See* Fed. R. Civ. P. 65. The Court declines to grant a TRO where the defendant is the United States and is represented by counsel. While Akutan has raised serious issues, it has not convinced the Court that a balancing of hardships tilts in its favor. The government should be given an opportunity to be heard prior to this Court's injecting itself into the obligation and distribution of block grant funds. The Court will therefore schedule a hearing in this matter for **Thursday, December 15, 2005, at 10:00 a.m.** The government shall file and serve its opposition, if any, on or before **December 13, 2005,** provided that if the parties can reach an agreement for a resolution of this case or a means to maintain the status quo pending a final judgment they should not wait until the hearing but should file a written stipulation with the Court which will be immediately acted upon.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

CnsL TlC nutIfIed 12/6/05

DATE: December 6, 2005

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

A05-0284--CV (JKS)      om   12/6/05

J. VOLLINTINE
Richard Pomeroy (US Attorney)

3