FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 12: 20

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. Seventh Ave. #9, Rm. 252
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 Fax
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF AKUTAN dba AKUTAN TRIBAL COUNCEL and ALEUTIAN HOUSING AUTHORITY,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et. al.,<br><br>    Defendant. | Case No. A05-284 CV (JKS)<br><br>STIPULATION FOR DISMISSAL OF MOTIONS FOR STAY OF AGENCY ACTION AND FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

Defendant, the Secretary of Housing and Urban Development (HUD), through the United States Attorney for the District of Alaska, and Plaintiffs, through counsel, stipulate to the dismissal of Plaintiffs' motions for stay of agency action and for a temporary restraining order and preliminary injunction.

Plaintiffs moved for a temporary restraining order and preliminary injunction, asking that the court enjoin Defendants

1

from releasing or distributing all FY05 Indian Community Development Block Grant funds for Alaska in order to ensure that funds would be available to finance their application should they prevail on the merits. This would have meant that the award of funds to two award grantees would be stayed until a determination of the merits of Plaintiffs' claims, and if Plaintiffs prevailed, the possible cancellation of the award of the grant to one, or both, tribal organization.

On December 6, 2005, the Court declined to grant a temporary restraining order where the United States is a Defendant and is represented by counsel because Plaintiffs had not convinced the Court that the balancing of hardships tilted in their favor. The Court gave the United States until December 13, 2005 to respond to Plaintiffs' motions and set the matter on for a hearing on December 15, 2005.

Defendants are prepared to oppose these motions because of the hardships they would place on other interested parties; however, in recognition of the Court's opinion that serious issues have been raised in this matter and to assure that no hardship befalls any present award grantees, excess funding carried over to the present funding cycle from FY04 funding cycle, has been located and made available to set aside during the resolution of this matter. Accordingly, Defendant has set aside $500,000, the grant amount requested in Plaintiff's

application, that will be held by HUD during the pendency of this matter, but no later than September 30, 2006.

The parties agree that this action by Defendant renders Plaintiffs' motion for a stay of agency action and a temporary restraining order and preliminary injunction moot.

TIMOTHY M. BURGESS
United States Attorney

Date 13 December 05

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney

Date 12/13/05

*James Vollintine*
James F. Vollintine

*Daniel Duame*
Daniel M. Duame
Attorneys for Plaintiff

FILED
DEC 14 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

**It is so ORDERED**
Dated: 12/14/05
_____
United States District Judge

A05-0284--CV (JKS)   on 12/13/05
/J. VOLLINTINE
R. Pomeroy (AUSA)

3

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following counsel of
record via:

    (X) By Facsimile

James F. Vollintine
P O Box 113329
Anchorage, AK 99511-3329
Fax: 346-4898

Daniel M. Duame
4000 Old Seward Highway, Suite 202
Anchorage, AK 99503
Fax: 770-6223

Executed at Anchorage, Alaska, on
December 13, 2005

K Joey McCullick
Legal Assistant
Office of the U.S. Attorney

4