DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF AKUTAN DBA AKUTAN TRIBAL COUNCIL and ALEUTIAN HOUSING AUTHORITY,<br><br>　　Plaintiffs,<br><br>v.<br><br>ALPHONSO JACKSON SECRETARY OF HOUSING AND URBAN DEVELOPMENT; WAYNE MUNDY, ADMINISTRATOR, ALASKA OFFICE OF NATIVE AMERICAN PROGRAMS, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and DONNA HARTLEY, DIRECTOR GRANTS MANAGEMENT DIVISION, ALASKA OFFICE OF NATIVE AMERICAN PROGRAMS, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>　　Defendants. | Case No. 3:05-cv-284-TMB<br><br>**NOTICE OF LODGING ADMINISTRATIVE RECORD** |

　　Defendants Alphonso Jackson, Secretary of Housing and Urban Development; Wayne

Mundy, Administrator, Alaska Office of Native American Programs, United States Department

of Housing and Urban Development; and Donna Hartley, Director Grants Management Division, Alaska Office of Native American Programs, United States Department of Housing and Urban Development, by and through counsel, submit the follow administrative record in the above-entitled and numbered cause of action:

| Item # | Page # | Item Description |
|---|---|---|
| 1 | 0000000001-0000000109 | Excerpts from the Notice of HUD's Fiscal Year 2005 Notice of Funding Availability Policy Requirements and General Section to the SuperNOFA for HUD's Discretionary Programs; Notice, 70 Fed. Reg.; March 21, 2005; including: General Section 70 Fed. Reg. 13,575-13, 643; Indian Community Development Block Grant Program 70 Fed. Reg. 13,654-13,692 |
| 2 | 0000000110-0000000114 | Notice of HUD's Fiscal Year (FY) 2005 Notice of Funding Availability, Policy Requirements and General Section to SuperNOFA for HUD's Discretionary Grant Programs; Correction, 70 Fed. Reg. 28,553-28,557; May 18, 2005. |
| 3 | 0000000115-0000000116 | Notice of HUD's Fiscal Year (FY) 2005 Notice of Funding Availability Policy Requirements and General Section to SuperNOFA for HUD's Discretionary Grant Programs; Community Development Block Grant Program for Indian Tribes and Alaska Native Villages; Competition Reopening Announcement, 70 Fed. Reg. 43,169-43,170; July 26, 2005. |
| 4 | 0000000117-0000000194 | Excerpts from the Grants Management Business Process Guidebook 3, Indian Community Development Block Grant, May 10, 2002, revised July 2003, October 2004, and December 2004.; including Chapter 4: ICDBG Application Initial Screening and Threshold Requirements Review, pp. 4-1 through 4-16; Chapter 5: ICDBG Application Technical Evaluation, pp. 5-1 through 5-47 and Attachment 5-1. |
| 5 | 0000000195-0000000281 | 6/26/2005 Electronic mail message, with attachments, from Barbara A. Gallegos, Grants Management Specialist, Southwest Office of Native American Programs, HUD, providing updated forms from the Grants Management Business Process Guidebook 3, Indian Community Development Block Grant. |

| | | |
|---|---|---|
| 6 | 0000000282-0000000285 | Excerpts from the Power Point Presentations during the March 16 and 17, 2005, FY 2005 SuperNOFA All Employee Broadcast; including Agenda; The HUD Reform Act—Rules to Live By; ICDBG |
| 7 | 0000000301-0000000302 | HUD Intranet Guidance on Section 103 of the Department of Housing and Urban Development Reform Act of 1989, 42 U.S.C. 3537a (HUD Reform Act). |
| 8 | 0000000303-0000000305 | October 10, 2000, Memorandum from, Gail W. Laster, HUD General Counsel, regarding Section 103 HUD Reform Act. |
| 9 | 0000000306-0000000307 | April 24, 2003, Memorandum from, Richard A. Hauser, HUD General Counsel, regarding Safeguarding Grant Selection Information. |
| 10 | 0000000308-0000000309 | November 29, 2005, Memorandum from, Keith E. Gottfried, HUD General Counsel, regarding Guidelines for Assisting Grant Applicants. |
| 11 | 0000000310-0000000333 | Agenda and Power Point Presentation from March 30, 2005, HUD Public Satellite Broadcast FY 2005 ICDBG Program, Notice of Funding Availability Training. |
| 12 | 0000000334-0000000512 | 2005 ICDBG NOFA Training Manual for Alaska Office of Native American Programs (AKONAP) Training Workshop on April 19 and 28, 2005, along with sign-in sheets for attendees. |
| 13 | 0000000513-0000000541 | August 25, 2005, Akutan Tribal Council's Application For Federal Assistance—New Housing Construction. |
| 14 | 0000000542-0000000811 | September 13, 2005, FY 2005 ICDBG Initial Application Screening and Threshold Review (Mandatory)-Housing Construction Form for Akutan Tribal Council's Application For Federal Assistance. |
| 15 | 0000000812-0000000817 | November 2, 2005, Letter from Donna Hartley, Director, Grants Management Division, AKONAP to Jennie Webster, President, Akutan Tribal Council, returning the application without rating or ranking it. |
| 16 | 0000000818-0000000821 | November 8, 2005, Letter from Dan Duame, Executive Director, Aleutian Housing Authority to Donna Hartley requesting reconsideration of Akutan's ICDBG application rejection. |

| | | |
|---|---|---|
| 17 | 0000000822-<br>0000000823 | November 18, 2005, Letter from James Vollintine, Law Office of James Vollintine LLC, to Donna Hartley requesting reconsideration of Akutan's ICDBG application rejection. |
| 18 | 0000000824-<br>0000000826 | November 23, 2005, Letter from Wayne Mundy, Administrator, AKONAP, to James Vollintine denying reconsideration. |
| 19 | 0000000827-<br>0000000863 | June 7, 2005, Organized Village of Kake's Application For Federal Assistance—Short Term Housing Facility: Public Facility. |
| 20 | 0000000864-<br>0000000870 | October 10, 2005, FY 2005 ICDBG Initial Application Screening and Threshold Review (Mandatory)-Public Facility Form for the Organized Village of Kake's Application For Federal Assistance. |
| 21 | 0000000871-<br>0000000879 | November 2, 2005, Letter from Donna Hartley, AKONAP, to Henrich Kadake, President, Organized Village of Kake, returning the application without rating or ranking it. |
| 22 | 0000000880-<br>0000000898 | September 19, 2005, Rating Forms for the Native Village of Shaktoolik's Application For Federal Assistance |
| 23 | 0000000899-<br>0000000900 | November 2, 2005, Letter from Donna Hartley, AKONAP, to Gabriel Takak, Sr., President, Native Village of Shaktoolik, returning the application without rating or ranking it. |
| 24 | 0000000901-<br>0000000902 | October 6, 2005, FY 2005 ICDBG Initial Application Screening and Threshold Review (Mandatory) Form for the Native Village of Eyak's Application For Federal Assistance. |
| 25 | 0000000903-<br>0000000905 | October 31, 2005, Letter from Donna Hartley, AKONAP, to Robert Henrichs, President, Native Village of Eyak, returning the application without rating or ranking it. |
| 26 | 0000000906-<br>0000000909 | September 12, 2005, FY 2005 ICDBG Initial Application Screening and Threshold Review (Mandatory)-Housing Rehab Form for the Native Village of Atmautlauk's Application For Federal Assistance. |
| 27 | 0000000910-<br>0000000986 | November 2, 2005, Letter from Donna Hartley, AKONAP, to Carl Pavilla, Housing Director, Native Village of Atmautlauk, returning the application without rating or ranking it. |
| 28 | 0000000987-<br>0000000992 | October 10, 2005, FY 2005 ICDBG Initial Application Screening and Threshold Review (Mandatory)-Public Facility Form for the Angoon Community Association's Application For Federal Assistance. |

| | | |
|---|---|---|
| 29 | 0000000993-0000001002 | November 2, 2005, Letter from Donna Hartley, AKONAP, to Edward J. Gamble, Sr., President, Angoon Community Association, returning the application without rating or ranking it. |
| 30 | 0000001003-0000001007 | September 8, 2005, FY 2005 ICDBG Initial Application Screening and Threshold Review (Mandatory)-Public Facility Form for the Native Village of Eklutna's Application For Federal Assistance. |
| 31 | 0000001008-0000001015 | November 2, 2005, Letter from Donna Hartley, AKONAP, to Dorothy Cook, President, Native Village of Eklutna, returning the application without rating or ranking it. |
| 32 | 0000001016-0000001019 | June 8, 2005, Levelock Village Council's Application For Federal Assistance—New Housing Construction. |
| 33 | 0000001020-0000001050 | September 12 and 20, 2005, Rating Forms for Levelock Village's Application For Federal Assistance. |
| 34 | 0000001051-0000001055 | November 2, 2005, Letter from Wayne Mundy, AKONAP, to Howard Nelson, President, Levelock Village advising applicant of selection for ICDBG funding pending satisfaction of pre-award requirements—Certification of code of conduct and funding sources and Sub-recipient Agreement. |
| 35 | 0000001056-0000001081 | November 29, 2003 [sic], Letter from Andrew Anderson, Bristol Bay Housing Authority, to Wayne Mundy, AKONAP, providing documents to satisfy Levelock Village's pre-award requirements. |
| 36 | 0000001082-0000001088 | December 13, 2005, Technical Deficiency/Pre-Award Review Checklist for All Project Type noting review of the Levelock Village's pre-award requirements. |
| 37 | 0000001089-0000001092 | December 23, 2005, Letter from Wayne Mundy, AKONAP, to Howard Nelson, President, Levelock Village advising that pre-award requirements have been satisfied and forwarding grant agreement. |
| 38 | 0000001093 | December 23, 2005, Letter from Colleen Bickford, Field Office Director, HUD's Anchorage Field Office, to Howard Nelson, President, Levelock Village congratulating Levelock Village for it ICDBG award. |
| 39 | 0000001094-0000001168 | June 16, 2005, Arctic Village Council's Application For Federal Assistance. |
| 40 | 0000001169-0000001197 | September 28, 2005, Rating Forms for Arctic Village's Application For Federal Assistance. |

| | | |
|---|---|---|
| 41 | 0000001198-0000001201 | November 2, 2005, Letter from Wayne Mundy, AKONAP, to Aaron Tritt, First Chief, Arctic Village advising applicant of selection for ICDBG funding pending satisfaction of a technical deficiency and pre-award requirement—Submission of Supplement Survey on Ensuring Equal Opportunity for Applicants and certification of code of conduct and funding sources. |
| 42 | 0000001202-0000001203 | November 8, 2005, Letter from David DeLong, Director, Arctic Village Housing Organization, to Cheryl Benson, Grants Management Specialist, Grants Management Division, AKONAP, providing a completed Supplement Survey on Ensuring Equal Opportunity for Applicants to correct Arctic Village's technical deficiency. |
| 43 | 0000001204-0000001206 | November 15, 2005, Letter from Aaron Tritt, First Chief, Arctic Village Council, to Wayne Mundy, AKOAP, providing a certification of code of conduct and funding sources to satisfy Arctic Village's pre-award requirements. |
| 44 | 0000001207-0000001212 | December 23, 2005, Technical Deficiency/Pre-Award Review Checklist for All Project Type noting review of the Arctic Village's pre-award requirements. |
| 45 | 0000001213-0000001216 | December 23, 2005, Letter from Wayne Mundy, AKONAP, to Aaron Tritt, First Chief, Arctic Village Council advising that pre-award requirements have been satisfied and forwarding grant agreement. |
| 46 | 0000001217 | December 23, 2005, Letter from Colleen Bickford, Field Office Director, HUD's Anchorage Field Office, to Aaron Tritt, First Chief, Arctic Village Council congratulating Arctic Village for it ICDBG award. |
| 47 | 0000001218-0000001294 | May 19, 2005, Venetie Village Council's Application For Federal Assistance. |
| 48 | 0000001295-0000001325 | September 27 and 28, 2005, Rating Forms for Venetie Village's Application For Federal Assistance. |

| | | |
|---|---|---|
| 49 | 0000001326-0000001331 | November 2, 2005, Letter from Wayne Mundy, AKONAP, to Eddie Frank, First Chief, Venetie Village advising applicant of selection for ICDBG funding pending satisfaction of a technical deficiency and pre-award requirement—Submission of Supplement Survey on Ensuring Equal Opportunity for Applicants and certification of code of conduct and funding sources. |
| 50 | 0000001332-0000001333 | November 8, 2005, Letter from David DeLong, Director, Venetie Village Housing Organization, to Cheryl Benson, Grants Management Specialist, Grants Management Division, AKONAP, providing a completed Supplement Survey on Ensuring Equal Opportunity for Applicants to correct Venetie Village's technical deficiency. |
| 51 | 0000001334-0000001336 | November 15, 2005, Letter from Eddie Frank, First Chief, Venetie Village Council, to Wayne Mundy, AKOAP, providing a certification of code of conduct and funding sources to satisfy Venetie Village's pre-award requirements. |
| 52 | 0000001337-0000001342 | December 23, 2005, Technical Deficiency/Pre-Award Review Checklist for All Project Type noting review of the Venetie Village's pre-award requirements. |
| 53 | 0000001343-0000001346 | December 23, 2005, Letter from Wayne Mundy, AKONAP, to Eddie Frank, First Chief, Venetie Village Council advising that pre-award requirements have been satisfied and forwarding grant agreement. |
| 54 | 0000001347 | December 23, 2005, Letter from Colleen Bickford, Field Office Director, HUD's Anchorage Field Office, to Eddie Frank, First Chief, Venetie Village Council congratulating Venetie Village for it ICDBG award. |
| 55 | 0000001348 | 2005 ICDBG Application Tracking Log. |
| 56 | 0000001349 | Request for Delinquent Federal Debt and Name Check Review. |
| 57 | 0000001350-0000001352 | 9/22/2005 Electronic mail message from Deborah Lalancette, Director, Office of Grants Management, Office of Native American Programs, HUD, providing guidance on the SF 424 Supplement Form, "Survey on Ensuring Equal Opportunity for Applicants." |

| | | |
|---|---|---|
| 58 | 0000001353-0000001364 | SF 424 Supplement Form, "Survey on Ensuring Equal Opportunity for Applicants," Checklist. |

Respectfully submitted this 2nd day of February, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Richard L. Pomeroy
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-2344
> E-mail: richard.pomeroy@usdoj.gov
> AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2006, a copy of the foregoing NOTICE OF LODGING ADMINISTRATIVE RECORD was served via hand delivery

James F. Vollintine
P.O. Box 113329
Anchorage, AK 99511-3329

And

Daniel M. Duame
4000 Old Seward Highway, Suite 202
Anchorage, AK 99503

s/Richard L. Pomeroy