DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF AKUTAN dba AKUTAN TRIBAL COUNCEL and ALEUTIAN HOUSING AUTHORITY,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et. al.,<br><br>　　　Defendants. | Case No. A05-284 CV (JKS)<br><br>**ERRATA TO NOTICE OF LODGING ADMINISTRATIVE RECORD** |

　　　Defendants, by and through counsel, submit an Errata to the Notice of Lodging Administrative Record.  Item 6 was **incorrectly** identified as:

6　0000000282-0000000285　Excerpts from the Power Point Presentations during the March 16 and 17, 2005, FY 2005 SuperNOFA All Employee Broadcast; including Agenda; The HUD Reform Act—Rules to Live By;  ICDBG

The **correct** pagination for item 6 is:

| | | |
|---|---|---|
| 6 | <u>0000000282-</u><br><u>0000000300</u> | Excerpts from the Power Point Presentations during the March 16 and 17, 2005, FY 2005 SuperNOFA All Employee Broadcast; including Agenda; The HUD Reform Act—Rules to Live By;  ICDBG |

Respectfully submitted this 23rd day of February, 2006.

          DEBORAH M. SMITH
          Acting United States Attorney


          s/Richard L. Pomeroy
          Assistant U.S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-2344
          E-mail: richard.pomeroy@usdoj.gov
          AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2006,
a copy of the foregoing ERRATA TO
NOTICE OF LODGING ADMINISTRATIVE
RECORD was served via US Mail
on the following:

James F. Vollintine
P.O. Box 113329
Anchorage, AK 99511-3329

and

Daniel M. Duame
4000 Old Seward Highway, Suite 202
Anchorage, AK 99503


s/Richard L. Pomeroy



Native Village of Akutan, et al. v. Jackson, et al.
Case No. 3:05-cv-284-TMB