RECEIVED
FEB 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

James F. Vollintine
P.O. Box 113329
Anchorage, AK 99511-3329
(907)346-4446; Fax 346-4898
Email: jfv@alaska.com
Attorney for Plaintiff

Daniel M. Duame
4000 Old Seward Highway, Suite 202
Anchorage, AK 99503
(907)563-2146; Fax 770-6223
Email: Dand@aleutian-housing.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF AKUTAN DBA AKUTAN TRIBAL COUNCIL and ALEUTIAN HOUSING AUTHORITY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET Al.,<br><br>    Defendants. | No. A05-284 CV (JKS) |

AFFIDAVIT OF DANIEL M. DUAME

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

Daniel M. Duame, being first duly sworn, deposes and states:

1. I am the Executive Director of Aleutian Housing Authority ("AHA"). AHA is a Native Regional Housing

1

EXHIBIT ___A___
PAGE _1_ OF _5_

Authority organized under AS 18.55.996(b) to provide housing for low to moderate income Alaska Native/American Indian people in the Aleutian and Pribilof Islands.

2. Under AS 18.55.996(d) AHA's 5-member Board of Commissioners is appointed by the Aleutian/Pribilof Islands Association, Inc. ("APIA"), a regional Alaska Native non-profit association consisting of the thirteen (13) federally recognized tribes of the Aleutian and Pribilof Islands region of Alaska. APIA's members consist solely of its member tribes, each of whom appoints a member to fill one seat on the A/PIA Board of Directors. AHA's Board of Commissioners consists solely of tribal members from the region and the 5 seats are rotated among the 13 member tribes.

3. Although AHA's bylaws previously provided that the Executive Director of A/PIA could sit as 1 of the 5 AHA Board of Commissioners, this section has not been implemented or relied on for at least the last 5 years, and was in fact recently removed from the AHA bylaws as part of a overall review and updating of AHA's bylaws to bring them into compliance with actual practice. This review and updating process was totally unrelated this matter.

2

EXHIBIT _A_
PAGE _2_ OF _5_

4. AHA is a public non-profit housing corporation and its income is used exclusively for providing housing and housing related services to low to moderate income Native Americans from our statutorily identified service area.

5. In the past 30 years AHA has built approximately 325 new homes, 2 senior centers, multiple rental facilities, and hundreds if not thousands of renovation projects throughout the region with the use of HUD funds and under contracts with HUD.

6. The Native Village of Akutan's (NVA) ICDBG application requests a grant of $500,000 to cover partial costs of new construction on a low-income 4-plex rental facility in the Native village of Akutan.

7. AHA assisted NVA in preparing and electronically filing its ICDBG application. In the application, NVA designated AHA as its "Community-Based Development Organization" ("CBDO") under 24 CFR 1003.204(c) to construct the project.

8. To document AHA's CBDO status, NVA submitted with the application a narrative describing AHA and why it qualified as a CBDO, a copy of the Alaska Statutes authorizing the creation of AHA and defining its legal status, rights and powers, and a copy of AHA's Bylaws.

(Since AHA is statutorily created, AS 18.55.996(b) serves as its charter or articles of incorporation.)

9. An AHA employee, Viola Yatchmeneff, attended a HUD ICDBG grant workshop for the fiscal year 2005 funding cycle and was informed by the HUD trainer what materials HUD expected to see in order to determine CBDO status. The materials submitted with NVA's ICDBG application were the materials requested by HUD. AHA has no other organic organizational or other materials that it is aware of that could have been submitted to document its CBDO status. Attached as Exhibit C is a true and correct copy of HUD'S PowerPoint presentation at the workshop on the CBDO issue, consisting of 4 pages.

10. In December 2005 HUD recognized Bristol Bay Housing Authority ("BBHA") as a CBDO for a tribe within its region. BBHA is also a Regional Native Housing Authority, similarly situated and created under AS 18.55.996(b) just like AHA. I am aware of no significant difference between BBHA and AHA. Attached (Ex.B) is a true and correct copy of BBHA's Bylaws that are in effect as of this date to the best of my knowledge.

11. Under Section II.B of the March 21, 2005 NOFA $6,807,990 was available for distribution to Alaska tribes under the ICDBG Program. A total of 39 tribal applicants applied for the funds, according to HUD's website. HUD summarily rejected a few applications and rated and ranked the remainder. HUD's Area ONAP eventually obligated or distributed the funds mostly in $500,000 increments to the top 17 applicants.

DATED February 23, 2006.

_____
Daniel M. Duame

SUBSCRIBED AND SWORN TO before me this 23rd day of February, 2006.

_____
Notary Public, State of Alaska
My Commission Expires: 7/25/2008

EXHIBIT __A__
PAGE _5_ OF _5_