APPLICATION REQUIREMENTS

## Project Thresholds
### New Housing Construction

- Document entity is CBDO – 24 CFR 1003.204(a)
- Submit tribal resolution adopting construction standards & policies
- Submit construction standards & policies
  - Identify building code
- Document all beneficiaries are low/mod

## Project Thresholds
### New Housing Construction, cont.

- Document no other suitable housing available ✓
- Document no other funding available ✓
- Document house of person to be served is not in standard condition/rehab is not economical, or <u>overcrowded</u>, or no current residence. ✓

## "Carried Out"

- 1003.204(a)(4) To Carry Out a Project:
  - Undertakes activity directly, or
  - Through contract w/entity other than grantee, or ✓
  - Through financial assistance retaining direct and controlling involvement and responsibilities

EXHIBIT  C
PAGE  1  OF  4

15

### CBDO Documentation Requirement

NOFA Section IV. 4( c) (1)
Page 60484

Application must provide documentation establishing that the entity implementing the new housing construction qualifies as a CBDO under one of the three provisions of 1003.204(c)

*HUD doesn't have a set doc type*

### 24CFR 1003.204(c)(1) Eligible CBDO

- Asc. or Corp. engaged in community development activities in a specific area in the jurisdiction of grantee
- Primary purpose to improve social environment for LMI people
- Maybe Non-profit or Profit

### 24 CFR 1003.204(c)(1) continued

- Board represents community
  - 51% low/mod from jurisdiction
  - No more than 1/3 are public reps
  - Governing body selected by general membership or by its governing body
- Free to procure
- Not subject to reversion of assets

EXHIBIT C
PAGE 2 OF 4

16

### 24 CFR 1003.204(c)(2)
### Eligible CBDO

- Section 301(d) of Small Business Investment Act entities
- SBA approved entities
- HOME Community Housing Development Organization (CHDOs)
- Tribal-based community development non-profit – documentation=Council Resolution or Ordinance as typical

*Tribe must find a CBDO for new construction*

### 24 CFR 1003.204(c)(3)
### Eligible CBDO

Sufficiently similar to (1) & (2) and demonstrates to HUD through submission of information regarding the organization's charter and by-laws, that it is sufficiently similar in purpose, function and scope to entities above.

### 24 CFR 1003.204 (c)(3)

Applicant may assert that an RHA is an eligible CBDO as being sufficiently similar to Tribally-based CD Non-profit. Documentation should include:
- Narrative Statement addressing
  - How it is tribally based(how,when,why & by whom created
  - Show how those that created it are linked to by custom, tradition, geography etc.

EXHIBIT __C__
PAGE __3__ OF __4__

17

### Documenting a CBDO
- Remember: An RHA or TDHE is not automatically eligible as a CBDO and must submit documentation under one of the above categories
  AND
- Must "Carry Out" activity


Spelled out that CBDO will do activity

### Eligible Project
### PUBLIC FACILITIES & IMPROVEMENTS
- Community Facilities
- Special Needs Facilities
  - Hospitals, nursing homes, homeless, battered spouse, run-away children, drug offenders shelters
- Infrastructure
  - Roads, water, sewer

### Project Specific Requirements
### Public Facilities and Improvements
#### Page 60480

- **Health Care Facilities:** Assure that at a minimum, all IHS requirements are met

EXHIBIT C
PAGE 4 OF 4

18