**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>NATIVE VILLAGE OF AKUTAN, et al.</u>   v.   <u>ALPONSO JACKSON, et al.</u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                    CASE NO. <u>3:05-00284-TMB</u>

<u>Patty Demeter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 6, 2006

   Judge Burgess hereby recuses himself from the above-referenced case. Pursuant to the system of random case assignments, this action is reassigned to Judge James K. Singleton Jr., for all further proceedings. Please use the following case number on all future filings: 3:05-cv-00284-JKS.

[]{IQ2.WPD*Rev.12/96}