DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West. Seventh Avenue, #9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF AKUTAN DBA AKUTAN TRIBAL COUNCIL and ALEUTIAN HOUSING AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHONSO JACKSON SECRETARY OF HOUSING AND URBAN DEVELOPMENT; WAYNE MUNDY, ADMINISTRATOR, ALASKA OFFICE OF NATIVE AMERICAN PROGRAMS, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and DONNA HARTLEY, DIRECTOR GRANTS MANAGEMENT DIVISION, ALASKA OFFICE OF NATIVE AMERICAN PROGRAMS, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 3:05-cv-284-TMB<br><br>**DECLARATION OF DEBORAH M. LALANCETTE** |

I, Deborah M. Lalancette, in accordance with the provisions of 28 U.S.C. § 1746, declare under penalty of perjury that the following is true:

Exhibit A

1. I am employed by the United States Department of Housing and Urban Development as its Director, Office of Grants Management, Office of Native American Programs ("HUD"). One of my job duties is to administer HUD's Indian Community Development Block Grant ("ICDBG") Program's Single Purpose Grant Application and Selection Process under the Notices of Funding Availability ("NOFA") HUD issues annually.

2. As part of my job duties, I keep track of the number of ICDBG applications that are submitted and awarded each Fiscal Year ("FY") funding cycle to the six Area Offices of Native American Programs ("Area ONAPs") (i.e., Eastern/Woodland, Southern Plains, Northern Plains, Southwest, Northwest and Alaska).

3. For the FY 2005 NOFA, HUD received a total of 204 ICDBG applications in all Area ONAPs. Although five of the six Area ONAPs have completed their evaluations and 65 grants have been awarded, the final number of ICDBG grants awarded is not available at this time.

4. For the FY 2004 NOFA, HUD received a total of 219 ICDBG applications in all Area ONAPs. Of those, 107 ICDBG grants were awarded. Accordingly, 112 ICDBG applications were either rejected for not meeting prescreening requirements or did not rate high enough to receive a grant.

Executed on March __14__, 2006, in Denver, Colorado.

_Deborah M. Lalancette_
Deborah M. Lalancette
Director, Office of Grants Management
Office of Native American Programs
United States Department of Housing
  and Urban Development