**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

NATIVE VILLAGE OF AKUTAN, et al    v.    ALPHONSO JACKSON, et al

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO.  3:05-CV-00284-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: March 24, 2006

      Plaintiff has filed a Motion for Summary Judgment at Docket 9. Defendant's opposition is filed at Docket 14. Judge Singleton's Order at Docket 12 directing parties to meet and file a briefing schedule is VACATED.

[305-cv-284-RRB MO re JKS order]{IA.WPD*Rev.12/96}