# COMPACT OF SELF-GOVERNANCE

# BETWEEN

# THE ALEUTIAN/PRIBILOF ISLANDS ASSOCIATION, INC.

# AND

# THE UNITED STATES OF AMERICA

**Exhibit A**
**Page 1 of 3**

# COMPACT OE SELF-GOVERNANCE
# B E T W E E N
# THE ALEUTIAN\PRIBILOF ISLANDS ASSOCIATION, INC
# AND
# THE UNITED STATES OF A M E R I C A

## ARTICLE I - AUTHORITY AND PURPOSE

### Section 1 – Authority,

This agreement, denoted a Compact of Self-Governance(hereinafter referred to as the "Compact"), is entered into by the Secretary of the Interior (hereinafter referred to as the "Secretary"), for and on behalf of the United States of America pursuant to the authority granted by Title IV of the Indian Self Determination and Education Assistance Act, P.L. 93-638, as amended, (hereinafter referred to as "P.L. 93-638, as amended") and by the Aleutian\Pribilof Islands Association, Inc. (hereinafter referred to as the "Signatory") for end on behalf of certain federally recognized Alaska Native tribes Identified In Attachment 1, acting jointly, pursuant to authorizing resolutions adopted by their tribal councils under the respective constitutions, traditional practices, and other enabling authorities of such tribes.

### Section 2 – Purpose,

This Compact shall be liberally construed to achieve its purposes.

(a)  This compact is to carry out Self-Governance as authorized by Title IV of P.L. 93-638, as amended, which built upon the Self Governance Demonstration Project, and transfers control to tribal governments, upon tribal request, over funding and decision-making of federal programs, services, functions, and activities as an effective way to implement the federal policy of government-to-government relations with Indian tribes.

(b)  This Compact is to enable the Signatory to redesign programs, activities, functions, and services of the Bureau of Indian Affairs; to reallocate funds for such programs, activities, functions, or services according to tribal priorities; to provide such programs, activities, functions and services as determined by tribal priorities; to enhance the effectiveness and tong term financial stability of tribal governments; to plan, conduct consolidate, and administer programs, services, functions, and activities, or portions thereof, administered by the Department of the Interior, other then through the Bureau of Indian Affairs, to the extent as provided in the annual funding agreement applicable to such non- BIA program, service, function, or activity; and to reduce the federal bureaucracy.

**Exhibit  A**

(c) This Compact is to enable the United States to maintain and improve its unique and continuing relationship with and responsibility to this Signatory and the participating tribes through tribal self-governance, which will allow such tribe to: take their rightful place in the family of governments in the federal constitutional system; remove federal obstacles to effective self-governance; reorganize tribal government programs and services; achieve efficiencies In service delivery; and provide a documented example for the development of future Federal Indian policy. This policy of tribal self-governance shall permit an orderly transition from federal domination of programs and services to allow Indian tribes meaningful authority to plan, conduct, and administer those programs and services to meet the needs of their people. To implement Self Governance, the Department of the Interior is expected to reorganize to provide the same level of .service to other tribal governments and to demonstrate new policies end methods to improve service delivery and address tribal needs. In fulfilling its responsibilities under the Compact, the Secretary hereby pledges that the Department will conduct all relations with the participating tribes on a government-to-government basis, recognizing that such tribes may act collectively through the Signatory.

**Section 3 – Choice of Law and Forum,**

The Signatory functions as a regional consortium of tribes and contains multiple tribal jurisdictions within its service area. Accordingly, this Compact shall be governed by federal law, or to the extent applicable, tribal law. The policies and procedures of the Signatory shall be applied In the execution of this Compact and the decisions of its board of directors shall be respected, to the extent that federal law, construed in accordance with the applicable canons of construction and Title IV of P . L . 93-638, as amended, is not inconsistent. Disputes between the Signatory and any participating tribe or individual may be referred to a tribal court upon agreement by all parties to the dispute, in which case tribal law shall apply to the extent that federal law is not inconsistent.

**Section 4 – Definitions,**

(a)  Compact Programs. In this document "Compact programs" or "Compact functions" refer to the programs, activities, functions, and services included in the Annual Funding Agreement incorporated to this agreement as Attachment 3, and any subsequent funding agreements or amendments thereto.

(b)  Participating Tribe. Participating tribes are tribes which have executed the necessary authorizing resolutions for this tamped and receive services under this Compact. See Attachments 1 and 2.