Office of Self-Governance

REPORT OF FUNDING STATUS - BUDGET ADJUSTMENTS                                                   March 31 2006

Tribe: ALEUTIAN PRIBILOF ISLANDS ASSOCIATION
BIA Tribal Organization Code: E01810
OSG Tribal Compact Code: OSGT811                                          BUDGETARY ADJUSTMENTS
BIA Area Office: ALASKA REGION
BIA Agency Office: ANCHORAGE FIELD OFFICE

| | FFS Cost Code | A 2006 AFA Total | B CUMULATIVE BASE | C SHORTFALL BASE | D Additional Shortfall | E Congress. Adjust. | F Misc. Adjust. | G Requested Funding | H Total Obligated |
|---|---|---|---|---|---|---|---|---|---|
| Child Care Block Grants - HHS | 95200 | 0 | 0 | 0 | 0 | 0 | 119,249 | 119,249 | 119,249 |
| Welfare Assistance Grants - TPA/TRIBAL | 39330 | 75,000 | 0 | 0 | 0 | 0 | 0 | 75,000 | 45,144 |
| Scholarships - TPA/TRIBAL | 39110 | 73,274 | 78,389 | 0 | 0 | 0 | 0 | -5,115 | -5,208 |
| Johnson-O'Malley Educational Assis - TPA/TRIBAL | 39140 | 7,600 | 7,600 | 0 | 0 | 0 | 0 | 0 | 0 |
| Community Services, General - TPA/AGENCY | 39210 | 138,952 | 138,542 | 410 | 0 | 0 | 0 | 0 | 0 |
| Other Aid to Tribal Government - TPA/AREA | 39220 | 11,217 | 9,511 | 3,279 | 0 | 0 | 0 | -1,573 | -1,573 |
| Other Aid to Tribal Government - TPA/TRIBAL | 39220 | 107,730 | 201,682 | 13,550 | 0 | 0 | 0 | -107,502 | -107,502 |
| Consolidated Tribal Government Pro - TPA/AGENCY | 39230 | 1,689 | 1,689 | 0 | 0 | 0 | 0 | 0 | 0 |
| Consolidated Tribal Government Pro - TPA/TRIBAL | 39230 | 6,379 | 14,748 | 0 | 0 | 0 | 0 | -8,369 | -8,369 |
| Self-Governance Compacts - TPA/TRIBAL | *39240 | -80,810 | -80,810 | 0 | 0 | -38,159 | 2,578,699 | 2,378,920 | 2,378,920 |
| Contract Support (Ongoing) - TPA/AREA | 39270 | 861,454 | 0 | 0 | 0 | 0 | 0 | 861,454 | 579,496 |
| Social Services - TPA/AGENCY | 39310 | 6,552 | 1,290 | 5,262 | 0 | 0 | 0 | 0 | 0 |
| Social Services - TPA/AREA | 39310 | 76,600 | 60,928 | 15,672 | 0 | 0 | 0 | 0 | 0 |
| Social Services - TPA/TRIBAL | 39310 | 35,891 | 41,383 | 0 | 0 | 0 | 0 | -5,492 | -6,053 |
| Indian Child Welfare Act - TPA/TRIBAL | 39320 | 318,431 | 318,431 | 0 | 0 | 0 | 0 | 0 | 0 |
| Housing Improvement Program - TPA/TRIBAL | 39370 | 32,900 | 32,900 | 0 | 0 | 519 | -32,900 | -32,381 | -32,381 |
| Economic Development - TPA/AREA | 39510 | 7,229 | 2,614 | 4,615 | 0 | 0 | 0 | 0 | 0 |
| Job Placement and Training - TPA/AREA | 39535 | 8,141 | 8,944 | 295 | 0 | 0 | 0 | -1,098 | -1,098 |
| Job Placement and Training - TPA/TRIBAL | 39535 | 123,100 | 139,085 | 0 | 0 | 0 | 0 | -15,985 | -15,985 |
| Natural Resources, General - TPA/AREA | 39605 | 2,868 | 1,888 | 980 | 0 | 0 | 0 | 0 | 0 |
| Agriculture - TPA/AREA | 39610 | 1,179 | 536 | 643 | 0 | 0 | 0 | 0 | 0 |
| Wildlife and Parks - TPA/AREA | 39650 | 1,238 | 588 | 650 | 0 | 0 | 0 | 0 | 0 |
| Trust Services, General - TPA/AREA | 39710 | 4,221 | 4,149 | 72 | 0 | 0 | 0 | 0 | 0 |
| Other Rights Protection - TPA/AREA | 39720 | 41,632 | 40,501 | 1,131 | 0 | 0 | 0 | 0 | 0 |
| Environmental Quality Services - TPA/AREA | 39740 | 506 | 405 | 101 | 0 | 0 | 0 | 0 | 0 |
| ANILCA - TPA/AREA | 39750 | 10,344 | 10,254 | 90 | 0 | 0 | 0 | 0 | 0 |
| ANSCA - TPA/AREA | 39760 | 0 | 73,379 | 0 | 0 | 0 | 0 | -73,379 | -73,379 |
| Real Estate Services - TPA/AGENCY | 39770 | 9,088 | 9,088 | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Estate Services - TPA/AREA | 39770 | 2,255 | 1,323 | 121 | 0 | 0 | 0 | 811 | 0 |
| Executive Direction - TPA/AGENCY | 39810 | 11,067 | 5,916 | 5,151 | 0 | 0 | 0 | 0 | 0 |
| Administrative Services - TPA/AGENCY | 39820 | 21,677 | 19,249 | 2,428 | 0 | 0 | 0 | 0 | 0 |
| TPA General Increase - TPA/TRIBAL | 39901 | 92,847 | 92,847 | 0 | 0 | 0 | 0 | 0 | 0 |
| 638 Pay Costs - TPA/TRIBAL | 39902 | 184,939 | 184,939 | 0 | 0 | 0 | 14,164 | 14,164 | 14,164 |
| Small and Needy Tribes Distributio - TPA/TRIBAL | 39904 | 892,306 | 892,306 | 0 | 0 | 0 | 0 | 0 | 0 |
| OIP FUND  39000 TOTAL ------> | | 3,087,496 | 2,314,294 | 54,450 | 0 | -37,640 | 2,559,963 | 3,079,455 | 2,766,176 |
| Area and Agency Technical Support | 30800 | 1,617 | 1,495 | 0 | 0 | 0 | 0 | 122 | 122 |
| Real Estate Services | 34300 | 978 | 0 | 0 | 0 | 0 | 0 | 978 | 0 |
| Environmental Management | 34730 | 4,420 | 0 | 0 | 0 | 0 | 0 | 4,420 | 0 |
| OIP FUND  33000 TOTAL ------> | | 5,398 | 0 | 0 | 0 | 0 | 0 | 5,398 | 0 |
| Executive Direction | 36100 | 2,335 | 0 | 2,335 | 0 | 0 | 0 | 0 | 0 |
| Administrative Services | 36200 | 37,546 | 20,275 | 17,271 | 0 | 0 | 0 | 0 | 0 |
| All Other Aid to Tribal Government | 36420 | 2,318 | 0 | 2,318 | 0 | 0 | 0 | 0 | 0 |
| Housing Development | 36530 | 3,824 | 3,824 | 0 | 0 | 0 | 0 | 0 | 0 |

**Exhibit B**

**Page 1 of 2**

```
Adult Voc. Training (moved to TPA)        36720         0         0        0       0        0         0         0         0
Trust Services, General                   36910         0         0        0       0        0         0         0         0
All Other Indian Rights Protection        36920       568       527       41       0        0         0         0         0
Real Estate Services                      36940     1,009       199       50       0        0         0       760         0
Land Records Improvement                  36960     4,368         0        0       0        0         0     4,368         0

                    OIP FUND   36000 TOTAL ----->   51,968    24,825   22,015      0        0         0     5,128         0

Preparedness                              92120     2,178         0        0       0        0         0     2,178       397
Preparedness Program Mgmt (Indirec        92121       821         0        0       0        0         0       821         0

                    BLM FUND   92000 TOTAL ----->    2,999         0        0       0        0         0     2,999       397

              REPORT TOTAL ----->                3,149,478 2,340,614   76,465      0  -37,640 2,679,212 3,212,351 2,885,944
```

SUMMARY OF SELF GOVERNANCE ACCOUNTS

Tribe: ALEUTIAN PRIBILOF ISLANDS ASSOCIATION
BIA Tribal Organization Code: E01810
OSG Tribal Compact Code: OSGT811
BIA Area Office: ALASKA REGION
BIA Agency Office: ANCHORAGE FIELD OFFICE

```
                                          Total       Total
                           Account      Obligated   Disbursed

  S/G OIP (2 YEAR)          39240      2,766,298         0
  S/G MISC. PAYMENTS        22900              0         0
  S/G CONSTRUCTION          18000              0         0
  S/G HHS-CHILDCARE BLOCK   95800        119,249         0
  S/G BLM-FIRE MANAGEMENT   92900            397         0
  S/G OST-TRUST IMPROVEMENT 90210              0         0

                  Total --->           2,885,944         0
```