United States Department of the Interior
OFFICE OF THE SOLICITOR
ALASKA REGION
4230 University Drive
Suite 300
Anchorage, Alaska 99508-4626
(907) 271-4131

April 7, 2006

Dan Duame, Esq.  By mail & facsimile to: 770-6223
Aleutian Housing Authority
4000 Old Seward Highway, Suite 200
Anchorage, Alaska 99503

Dear Dan:

    Subject: Qualification as "Tribal Organization" under the Indian Self-Determination and Education Assistance Act (ISDEAA)

    This is in reply to your request for my views as to whether the Aleutian Housing Authority meets the statutory definition of a tribal organization under the ISDEAA. In connection with that request you forwarded for my review a portion of the Housing Authority Bylaws. You also indicated that the Authority was formed under and in accordance with the provisions for As 18.55.996. Even though that state statute identifies the "Aleut League" as the association authorized to form a Regional Native Housing Authority, I assume in practice that the Aleutian/Pribilof Island Association (APIA) has been recognized as the relevant regional association.

    The ISDEAA definition is as follows:

> (l) "tribal organization" means the recognized governing body of any Indian tribe; any legally established organization of Indians which is controlled, sanctioned, or chartered by such governing body or which is democratically elected by the adult members of the Indian community to be served by such organization and which includes the maximum participation of Indians in all phases of its activities: *Provided*, That in any case where a contract is let or grant made to an organization to perform services benefitting more than one Indian tribe, the approval of each such tribe shall be a prerequisite to the letting or making of such contract or grant[.]

25 U.S.C. § 450b(k), 88 Stat. 2204.

    Your argument, as I understand it, is that the Housing Authority is "controlled and sanctioned" by the federally recognized Indian tribes which are served by the APIA. As I read the Article II, Section 1 of the Bylaws, it is the APIA Board of Directors which appoints the Commissioners who constitute the governing body of the Housing Authority. However, those Bylaws, which you yourself characterize as "not as artfully drafted as they could be," appear to

Exhibit C
Page 1 of 2

Dan Duame, Esq.
Qualification as a "Tribal Organization"
April 7, 20006 - Page 2


be internally inconsistent on this point, in that Article II, Section 2 speaks of actions by an "appointing Tribal Government," a choice of wording which seems to imply that the tribes or villages choose the Housing Authority Commissioners. (This inference arises from the assumption that "Tribal Government" could not be a reference to APIA, which is of course not a tribal government.) You have explained this apparent inconsistency by telling me that in practice the Housing Authority Commissioners are nominated and for all practical purposes chosen by the governing bodies of the federally recognized tribes, and then rubber-stamped by the APIA Board as a mere formality.

If in practice the Commissioners are in fact chosen by the tribal governing bodies, then in my opinion it would be fair to conclude that the Housing Authority is controlled and sanctioned by Indian tribes, and that it would therefore qualify as a tribal organization under the ISDEAA.

From that conclusion it would follow that if one or more tribes submitted a resolution under Section 102(a) of the ISDEAA, 25 U.S.C. § 450f(a), asking the Bureau of Indian Affairs to enter into a contract with the Aleutian Housing Authority on behalf of the tribe or its members, that such a contract would be authorized and permissible. However, it would be my suggestion that the Housing Authority would be well-served to amend its Bylaws to remove the inconsistency and make explicit the tribal control which you assert to exist in practice.

                            Sincerely,


                            Roger L. Hudson


cc:    Roger Drapeaux, Division Director, Native Services, Alaska Region, BIA
        Roy Isturis, Regional Housing Officer, Alaska Region, BIA

Exhibit C
Page 2 of 2