James F. Vollintine
P.O. Box 113329
Anchorage, AK 99511-3329
(907)346-4446; Fax 346-4898
Email: jfv@alaska.com
Attorney for Plaintiff

Daniel M. Duame
4000 Old Seward Highway, Suite 202
Anchorage, AK 99503
(907)563-2146; Fax 770-6223
Email: Dand@aleutian-housing.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF AKUTAN dba AKUTAN TRIBAL COUNCIL and ALEUTIAN HOUSING AUTHORITY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET Al.,<br><br>    Defendants. | No. A05-284 CV (RRB)<br><br><br>AFFIDAVIT OF DANIEL M. DUAME |

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

   Daniel M. Duame, being first duly sworn, deposes and states:

   1. I was General Counsel for Aleutian/Pribilof Islands
      Association, Inc. ("A/PIA") for over 9 years and have

been Executive Director for Aleutian Housing Authority ("AHA") just over 2 years.

2. I am familiar with the Bylaws for both organizations and the actual practice that is followed by A/PIA in appointing AHA's 5-member board of commissioners under AS 18.55.996(d).

3. As provided for under the Bylaws of each organization, and as practiced, AHA board selections have always been made at the tribal government level, with each of the federally recognized tribes which make up the membership of AHA and A/PIA appointing a member when their particular tribe has come up on the appointment rotation list and then recommending that appointment on to A/PIA for its statutorily required ratification of the appointments.

DATED April 7th, 2006.

_____
Daniel M. Duame

SUBSCRIBED AND SWORN TO before me this 7th day of April, 2006.

_____
Notary Public, State of Alaska
My Commission Expires: 7/25/2008

Page 2 of 2