James F. Vollintine
P.O. Box 113329
Anchorage, AK 99511-3329
(907)346-4446; Fax 346-4898
Email: jfv@alaska.com
Attorney for Plaintiffs

Daniel M. Duame
4000 Old Seward Highway, Suite 202
Anchorage, AK 99503
(907)563-2146; Fax 770-6223
Email: Dand@aleutian-housing.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF AKUTAN dba AKUTAN TRIBAL COUNCIL and ALEUTIAN HOUSING AUTHORITY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>    Defendants. | Case No. 3:05-CV-00284-RRB<br><br><br><br><br><u>REQUEST FOR ORAL ARGUMENT</u> |

    Come now the plaintiffs, by and through counsel, and hereby request oral argument on their Motion for Summary Judgment. Counsel will be unavailable the week of April 23rd.

    DATED April 11, 2006.

1

```
                                /s/James F. Vollintine_____
                                P.O. Box 113329
                                Anchorage, AK 99511-3329
                                (907)346-4446; Fax 346-4898
                                jfv@alaska.com
                                Attorney for Plaintiffs

                                /s/Daniel M. Duame_____
                                4000 Old Seward Hwy, Ste 202
                                Anchorage, AK 99503
                                (907)563-2146; Fax 770-6223
                                Dand@aleutian-housing.com
                                Attorney for Plaintiffs
```

CERTIFICATE OF SERVICE
I hereby certify that on April 11, 2006 a copy of this document (Request for Oral Argument) was mailed by first class mail to:
Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave.,#9,Rm.253
Anchorage, AK 99513-7567

/s/James F. Vollintine