James F. Vollintine
P.O. Box 113329
Anchorage, AK 99511-3329
(907)346-4446; Fax 346-4898
Email: jfv@alaska.com
Attorney for Plaintiffs

Daniel M. Duame
4000 Old Seward Highway, Suite 202
Anchorage, AK 99503
(907)563-2146; Fax 770-6223
Email: Dand@aleutian-housing.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF AKUTAN dba AKUTAN TRIBAL COUNCIL and ALEUTIAN HOUSING AUTHORITY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>    Defendants. | Case No. 3:05-CV-00284-RRB<br><br><br><br>ORDER SETTING ORAL ARGUMENT |

    Oral argument on the Plaintiffs' Motion for Summary Judgment is hereby scheduled for ___ o'clock __.m. on the ___ day of _____, 2006.

    DATED _____ 2006.

1

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE
I hereby certify that on April 11, 2006 a copy of this document (Order Setting Oral Argument) was mailed by first class mail to:
Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave.,#9,Rm.253
Anchorage, AK 99513-7567

/s/James F. Vollintine