**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  NATIVE VILLAGE OF AKUTAN  </u>   v.   <u> ALPHONSO JACKSON, et al. </u>

DATE:   <u>  April 11, 2006  </u>        CASE NO.   <u>  3:05-cv-0284-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

Pursuant to Plaintiffs' Request for Oral Argument (Docket 18) on their Motion for Summary Judgment (Docket 9), oral argument will be held on **Tuesday, May 16, 2006, at 10:30 a.m.**, in Courtroom 2, before Judge Beistline.  However, if it is later determined that oral argument is not needed, the hearing will be vacated.

Counsel and parties attending telephonically are to contact Carolyn Bollman, (907) 451-5791, to make appropriate arrangements.

M.O. SCHEDULING HEARING