## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF AKUTAN d/b/a
AKUTAN TRIBAL COUNCIL and
ALEUTIAN HOUSING AUTHORITY,
    Plaintiff,

Case Number 3:05-cv-00284-RRB

v.

ALPHONSO JACKSON, SECRETARY OF
THE UNITED STATES DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT, et al,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff take nothing, that the action be dismissed with prejudice on the merits, and that the defendants recover from the plaintiffs their costs of action.

/s/ RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: May 24, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    IDA ROMACK
Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}