DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF AKUTAN dba AKUTAN TRIBAL COUNCIL and ALEUTIAN HOUSING AUTHORITY,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et. al.,<br><br>    Defendants. | Case No. 3:05-cv-00284-JKS<br><br>**NOTICE OF COST BILL HEARING** |

      The Defendants give notice of a cost bill hearing scheduled for **Thursday, June 8, 2006, at 9:00 a.m.**, at the U.S. Federal Building & Courthouse, 222 West 7th Avenue, Room (to be determined by the Clerk), Anchorage, Alaska. If you wish to participate telephonically, call the Clerk at (907) 677-6101. The Plaintiffs may also object in writing before the hearing.

Respectfully submitted this 2nd day of June, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2006,
a copy of the foregoing NOTICE OF
COST BILL HEARING was served
electronically on James F. Vollintine
and via FAX and US Mail on the following:

Daniel M. Duame
4000 Old Seward Highway, Suite 202
Anchorage, AK 99503
770-6223 FAX


s/Richard L. Pomeroy

Native Village of Akutan, et al. v. Jackson, et al.
Case No. 3:05-cv-284-TMB