UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF AKUTAN d/b/a
AKUTAN TRIBAL COUNCIL and
ALEUTIAN HOUSING AUTHORITY,
          Plaintiff,

                                    Case Number 3:05-cv-00284-RRB
v.

ALPHONSO JACKSON, SECRETARY OF
THE UNITED STATES DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT, et al,
          Defendant.             **JUDGMENT IN A CIVIL CASE**


\_  **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


XX  **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

          IT IS ORDERED AND ADJUDGED:

     THAT the plaintiff take nothing, that the action be dismissed with prejudice on the merits, and that the defendants recover from the plaintiffs their costs of action.

COST TAXED BY THE CLERK IN THE AMOUNT OF $245.52 AT DOCKET 25.
/s/ RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____

Date: May 24, 2006

*Note: Award of prejudgment interest,*         IDA ROMACK
*costs and attorney's fees are governed*     _____
*by D.Ak. LR 54.1, 54.3, and 58.1.*            Ida Romack, Clerk of Court


[]{JMT2.WPT*Rev.3/03}